

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Josefina López de Victoria Picornell | 2012 TSPR 87<br><br>184 DPR ____ |
|---|---|

Número del Caso: TS-14976

Fecha: 9 de febrero de 2012

Colegio de Abogados de Puerto Rico

       Lcdo. Israel Pacheco Acevedo

Materia: Conducta Profesional- La suspensión será efectiva el 16 de mayo de 2012 fecha en que se le notificó a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Josefina López de Victoria        TS-3862
Picornell

PER CURIAM

En San Juan, Puerto Rico, a 9 de febrero de 2012.

En esta ocasión, nos vemos precisados a ejercer nuestra facultad disciplinaria contra un miembro de la profesión por incumplir con los requerimientos de este Tribunal. Por las razones que se exponen a continuación, ordenamos la suspensión inmediata e indefinida de la Lcda. Josefina López de Victoria Picornell del ejercicio de la abogacía y la notaría.

I

El pasado 13 de junio de 2011 el Colegio de Abogados de Puerto Rico presentó una moción

informativa en la que nos informó que la abogada de epígrafe actualmente tiene al descubierto el pago de la fianza notarial, la cual venció el mes de diciembre de 2010. En vista de ello, nos solicitó que diéramos por cancelada la fianza prestada por la letrada.

Así las cosas, el 24 de junio de 2011 concedimos un término de veinte (20) días a la licenciada, contados a partir de la notificación de la Resolución, para que mostrara causa por la cual no debe ser suspendida del ejercicio de la notaría. Además, se le apercibió a la notario que el incumplimiento con los términos allí dispuestos conllevaría la suspensión del ejercicio de la notaría y podría dar lugar a sanciones disciplinarias adicionales.

Posteriormente, el 27 de octubre de 2011 la letrada López de Victoria Picornell fue notificada personalmente de dicha resolución por un alguacil de este Tribunal.

A pesar del tiempo transcurrido, al día de hoy la licenciada López de Victoria Picornell no ha comparecido ante el Colegio de Abogados ni tampoco ante este Tribunal. En vista de lo anterior, decretamos su suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría.

II

En reiteradas ocasiones hemos expresado que todo abogado tiene la ineludible obligación de observar rigurosamente los requerimientos de este Tribunal. In re Rivera Rosado, 180 D.P.R. 698 (2011); In re Morales

Rodríguez, 179 D.P.R. 766 (2011). Asimismo, hemos enfatizado que la naturaleza pública de la profesión de la abogacía impone al abogado el deber de responder oportunamente a todo requerimiento relacionado con investigaciones disciplinarias. Íd., In re Prieto Rivera, 180 D.P.R. 692 (2011); In re García Incera, 178 D.P.R. 329 (2009).

De igual manera, hemos señalado que desatender las órdenes judiciales constituye una afrenta a la autoridad de los tribunales e infringe el Canon 9 del Código de Ética Profesional, 4 L.P.R.A. Ap. IX. In re García Incera, supra, pág. 331.

Por consiguiente, cuando un abogado no atiende con diligencia nuestros requerimientos y se muestra indiferente ante los apercibimientos de sanciones disciplinarias, procede la suspensión inmediata del ejercicio de la profesión. In re Rivera Rosado, supra; In re Feliciano Jiménez, 176 D.P.R. 234 (2009); In re Arzón Rivera, supra. Ello es así debido a que el patrón de dejadez e incumplimiento con nuestras órdenes en la esfera disciplinaria es incompatible con el ejercicio de la abogacía. In re González Barreto, 169 D.P.R. 772 (2006).

Por otro lado, el requisito de fianza notarial surge del Art. 7 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2011. Este artículo dispone que para poder ejercer la profesión notarial en Puerto Rico se tiene que prestar una fianza no menor de quince mil dólares ($15,000) para

responder del buen desempeño de las funciones de su cargo y de los daños y perjuicios que cause el notario en el ejercicio de sus funciones. In re Ribas Dominicci, 131 D.P.R. 491 (1992).

En virtud de lo anterior, un notario que no cuenta con la protección que ofrece la fianza, constituye un peligro no sólo para el tráfico jurídico de los bienes inmuebles sino para las personas que a diario utilizan sus servicios en Puerto Rico. Además, el no hacer gestiones para renovar la fianza notarial ha sido interpretado como una falta de respeto a este foro. In re Díaz García, 104 D.P.R. 171 (1975). Por dichas razones, el incumplimiento de la obligación de pagar las primas de la fianza notarial requiere la intervención disciplinaria de este Tribunal. In Re Ribas Dominicci, supra.

### III

En el caso de autos, la señora López de Victoria Picornell incumplió con su deber de responder oportunamente a los requerimientos de este Tribunal.

Cabe señalar, que según se desprende del expediente de la notaria, esta es la tercera ocasión en los últimos 10 años que la señora López de Victoria Picornell deja su fianza notarial al descubierto.

En vista de lo anterior, decretamos su suspensión indefinida e inmediata del ejercicio de la abogacía y de la notaría, según se le había apercibido. Le imponemos el deber de notificar a todos sus clientes de su inhabilidad

de seguir representándolos e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos de Puerto Rico. Además, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, dentro del término de 30 días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautar la obra y el sello notarial de la señora López de Victoria Picornell y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Josefina López de Victoria
        Picornell

TS-3862

SENTENCIA

En San Juan, Puerto Rico, a 9 de febrero de 2012.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte de la presente Sentencia, decretamos la suspensión indefinida e inmediata del ejercicio de la abogacía y de la notaría a la Lcda. Josefina López de Victoria Picornell por incumplir con su deber de responder oportunamente a los requerimientos de este Tribunal.

Notifíquese personalmente.

Lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo